| | |
|---|---|
| 1 | THE LAW OFFICES OF JUDITH S. LELAND, APLC |
| 2 | 7007 Washington Avenue, Suite 240 |
|   | Whittier, CA 90602 |
| 3 | Telephone: (562) 904-6955 |
| 4 | Facsimile:  (562) 632-1301 |
|   | ALEXIS M. LELAND (State Bar No: 223729) |
| 5 | E-mail: tracey@disabilitylawfirm.com |
| 6 |      Attorneys for Plaintiff |
|   | TRACY L. WILKISON |
| 7 | Acting United States Attorney |
| 8 | DAVID M. HARRIS |
|   | Assistant United States Attorney |
| 9 | Chief, Civil Division |
| 10 | CEDINA M. KIM |
|    | Assistant United States Attorney |
| 11 | Senior Trial Attorney, Civil Division |
| 12 | PAUL SACHELARI, CSBN 230082 |
| 13 | Special Assistant United States Attorney |
|    |     Social Security Administration |
| 14 |     160 Spear Street, Suite 800 |
| 15 |     San Francisco, CA  94105 |
|    |     Telephone:  (415) 977-8933 |
| 16 |     Facsimile: (415) 744-0134 |
| 17 |     Email:  paul.sachelari@ssa.gov |
|    |     Attorneys for Defendant |
| 18 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DVISION

| | | |
|---|---|---|
| KEELEE MONET O'BERRY, | ) | Case No. CV 20-09380-AS |
|    Plaintiff, | ) | [~~PROPOSED~~] **ORDER AWARDING** |
|  | ) | **EQUAL ACCESS TO JUSTICE** |
|    v. | ) | **ACT ATTORNEY FEES** |
| KILOLO KIJAKAZI[1], | ) | **PURSUANT TO 28 U.S.C. § 2412(d)** |
| Commissioner of Social Security, | ) |  |
|  | ) |  |
|    Defendant. | ) |  |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 | Based upon the parties' Stipulation for the Award and Payment of Equal
2 | Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE
3 | THOUSAND THREE HUNDRED and NINETY-SEVEN DOLLARS [$3,397.00].
4 | as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the
5 | Stipulation

Dated: August 31, 2021

_____/ s / Sagar_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

1